# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| SCUNGIO BORST & ASSOCIATES | : No. 30 EAL 2015 |
| | : |
| | : |
| v. | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| | : |
| 410 SHURS LANE DEVELOPERS, LLC | : |
| AND KENWORTH II, LLC AND ROBERT | : |
| DEBOLT | : |
| | : |
| | : |
| PETITION OF: SCUNGIO BORST & | : |
| ASSOCIATES | : |

## ORDER

**PER CURIAM**

 **AND NOW**, this 28th day of July, the Petition for Allowance of Appeal is **GRANTED**. The issue as set forth by Petitioner is:

 Did the lower court commit an error of law or abuse its discretion in granting summary judgment to [Robert] DeBolt under [the Contractor and Subcontractor Payment Act ("CASPA"), 73 P.S. §§ 501 *et seq.*], where: (a) CASPA makes the owner [(410 Shurs Lane Developers, LLC)] and the "agent of the owner acting with the owner's authority" (DeBolt) liable to contractors such as [Petitioner], (b) DeBolt is a fifty percent owner of [410 Shurs Lane Developers], (c) [Petitioner] consistently dealt with DeBolt and received his authorizations for change orders, (d) [Petitioner] never received payment for the change orders, and (e) [Petitioner's] construction of CASPA is consistent with the courts' construction of the Wage Payment and Collection Law[, 43 P.S. §§ 260.1 *et seq.*]?